# Court of Appeals
# of the State of Georgia

ATLANTA, __October 15, 2024__

*The Court of Appeals hereby passes the following order:*

## A25E0030. DEKALB COUNTY REPUBLICAN PARTY, INC. v. BRAD RAFFENSPERGER

Appellant's filed a petition for a writ of mandamus, asking the trial court to compel respondent to comply with OCGA § 21-2-300 (a) (concerning the use and certification of election equipment). Appellant's contended that appellee committed a gross abuse of discretion and failed his ongoing duty to ensure that the Dominion voting systems used to conduct elections in Georgia complied with certifications issued by the Election Assistance Commission. The trial court granted appellee's motion to dismiss, and appellant filed this motion for interim relief pending appeal.

Appellant's petition for writ of mandamus and writ of prohibition is hereby denied. The petition fails to establish that invocation of this Court's Rule 40 (c) jurisdiction is warranted under the facts of this case. See Court of Appeals Rule 40 (c).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __10/15/2024__

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.